IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

RONNIE E. DOWLING, Jr.,          Case No. 17-00357-MH3-7

Debtor

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:**----------------------------------------7/18/17
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** ----------------------------7/25/17
at 9:00 a.m in Courtroom 3 , U.S. Customs House, 701 Broadway, Nashville, Tennessee

**NOTICE OF MOTION TO EMPLOY LAW OFFICE OF ROBERT H WALDSCHMIDT AS ATTORNEY FOR TRUSTEE**

Robert H. Waldschmidt, Attorney/Trustee, has asked the court for the following relief:
**to employ trustee's firm to represent the estate**

      **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.     File with the court your written response, answer, or objection explaining your position and one copy at:

       On Line:      https://ecf.tnmb.uscourts.gov/

       In Person:      US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
                                (Monday-Friday, 8:00 a.m.-4:00 p.m.)

2.     **Your written response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.** . If you want a file stamped copy returned to you, you must include an extra copy and a self-addressed, stamped envelope.

3.     You must also serve a copy of your response to Robert H. Waldschmidt at one of the following:

       On Line:      rhw@rhwlawoffice.com

       U.S. Mail:      7003 Chadwick Drive, Suite 211, P.O. Box 2828, Brentwood, TN 37024-2828

       Fax:      (615) 259-2179

       If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at **www.tnmb.uscourts.gov.** If you receive this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure**.**

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:    June 27, 2017

                                                    */s/Robert H Waldschmidt*
                                                    **ROBERT H. WALDSCHMIDT,** #4657
                                                    Attorney for Trustee
                                                    7003 Chadwick Drive, Suite 211
                                                    P.O. Box 2828
                                                    Brentwood, TN 37024-2828
                                                    *(615) 468-1020; (615) 259-2179 (fax)*

## Certificate of Service

    I hereby certify that a copy of the foregoing was sent to the below parties, via U.S. Mail, postage prepaid, on June 27, 2017.

Debtor, Debtor's Attorney, all secured and the 10 largest unsecured creditors, as set forth on the attached matrix; and to all parties requesting electronic notice via the court's electronic filing system.

                                                */S/Robert H Waldschmidt*
                                                ROBERT H. WALDSCHMIDT

| | | |
|---|---|---|
| ADVANCE FINANCIAL 24/7<br>998 ELM HILL PIKE<br>Nashville TN 37210-3502 | ADVANTAGE ACCEPTANCE CORPORATION<br>% BUFFALOE & ASSOCIATES, PLC<br>44 VANTAGE WAY, STE 500<br>Nashville TN 37228-1542 | ASCEND FEDERAL CREDIT UNION<br>P.O. BOX 1210<br>550 WILLIAM NORTHERN BLVD.<br>Tullahoma TN 37388-4727 |
| AT & T U-VERSE<br>% CREDENCE RESOURCE MGMT<br>17000 DALLAS PKWY, STE 204<br>Dallas TX 75248-1940 | AT& T<br>%DIVERSIFIED CONSULTANTS<br>PO BOX 551268<br>Jacksonville FL 32255-1268 | CAPITAL ONE BANK<br>120 CORPORATE BLVD<br>Norfolk VA 23502-4952 |
| CHILD SUPPORT SERVICES OF TN<br>44 VANTAGE WAY, STE 300<br>Nashville TN 37228-1550 | CREDIT ACCEPTANCE CORP.<br>25505 W 12 MILE ROAD<br>Southfield MI 48034-8316 | EXETER FINANCE CORP<br>PO BOX 166008<br>Irving TX 75016-6008 |
| Exeter Finance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | FEDLOAN SERVICING<br>PO BOX 60610<br>Harrisburg PA 17106-0610 | FIRST TENNESSEE<br>P.O. BOX 84<br>Memphis TN 38101-0084 |
| FREEMAN WEBB CO.<br>% HALL & SITLER<br>223 MADISON ST., STE 212<br>Madison TN 37115-3663 | HSBC BANK NEVADA<br>% DYNIA & ASSOCS<br>1400 E TOUHY AVE., STE G2<br>Des Plaines IL 60018-3338 | HSBC BANK NEVADA<br>% CAVALRY PORTFOLIO SERVICES<br>500 SUMMITT LAKE DR #400<br>Valhalla NY 10595-2322 |
| JOHN MICHAEL COMBS +<br>LAW OFFICE OF J. MICHAEL COMBS<br>102 WOODMONT BLVD<br>SUITE 200<br>NASHVILLE, TN 37205-2216 | JOHN MICHAEL COMBS +<br>LAW OFFICE OF J. MICHAEL COMBS<br>700 CRAIGHEAD STREET<br>SUITE 105<br>NASHVILLE, TN 37204-2254 | NELNET<br>% DEPARTMENT OF EDUCATION<br>P.O. BOX 740283<br>Atlanta GA 30374-0283 |
| REBECCA STAFFORD<br>333 RIO VISTA DR<br>Madison TN 37115-3100 | REGIONS BANK<br>% SOUTHWEST CREDIT<br>4120 INTERNATIONAL PKWY, STE 1100<br>Carrollton TX 75007-1958 | REGIONS BANK<br>% CONVERGENT OUTSOURCING<br>PO BOX 9004<br>Renton WA 98057-9004 |
| REGIONS BANK<br>1200 ROSA L. PARKS BLVD<br>Nashville TN 37208-2522 | REGIONS BANK COLLECTION CENTER<br>PO BOX 10063<br>Birmingham AL 35202-0063 | RENEE ABDO<br>106 NATCHEZ CT<br>La Vergne TN 37086-2637 |
| RONNIE E. DOWLING Jr.<br>2119 11TH AVENUE, NORTH<br>Nashville, TN 37208-1104 | T-MOBILE<br>% SOUTHWEST CREDIT<br>4120 INTERNATIONAL PKWY, STE 1100<br>Carrollton TX 75007-1958 | T-MOBILE<br>% ENHANCED RECOVERY<br>PO BOX 57547<br>Jacksonville FL 32241-7547 |
| TENNESSEE QUICK CASH<br>5302 MOUNT VIEW RD<br>Antioch TN 37013-7317 | WORLD FINANCE<br>% WORLD ACCEPTANCE<br>P O BOX 6429<br>Greenville SC 29606-6429 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

RONNIE E. DOWLING, Jr.,          Case No. 17-00357-MH3-7

       Debtor

**APPLICATION OF TRUSTEE TO EMPLOY
LAW OFFICE OF ROBERT H. WALDSCHMIDT
AS ATTORNEY FOR THE TRUSTEE**

    Robert H. Waldschmidt, trustee, respectfully represents the following to the court:

    1. The debtor(s) filed a case under Chapter 7 of the Bankruptcy Code. Trustee was duly appointed as trustee for the above-captioned estate, is duly qualified, and is now serving in said capacity.

    2. That your applicant hereby requests approval of this court to employ the Law Office of Robert H. Waldschmidt, 7003 Chadwick Dr, Suite 211, Brentwood TN, as attorney to represent the trustee under a general retainer in the above-styled matter.

    3. The trustee requests the law firm be approved to render the following services:

    a. preparation of all legal documents, motions, orders, and deeds, necessary for the orderly administration, collection or liquidation of any and all assets of the debtor's estate, but excluding non-litigation services related to collection of accounts receivable;

    b. objecting to/clarifying exemptions claimed by the debtor(s), scheduling and taking Rule 2004 exams, filing turn-over motions, objecting to the discharge of the debtor(s)

    c. conducting title searches and closings of real estate transactions regarding property of the estate;

    d. the pursuit of any and all the trustee's actions under §§ 544, 546, 547, 548, or 549 of the Bankruptcy Code against the debtor or third parties;

    e. representation in any other legal actions the trustee may have against the debtor or third parties, or in other bankruptcy proceedings relating to this proceeding;

    f. identifying, prosecuting and/or defending any claims, contested matters and causes of action on behalf of the estate;

    g. prosecuting objections to proofs of claims and motions for administrative expenses;

    h. preparing documents in connection with any ongoing operation of the debtor(s) business; and

    i. preparing legal services required in the performance of the Trustee's administrative tasks.

    4. It is anticipated that legal services will be rendered upon the filing of this motion, and the law firm will be seeking fees for services rendered prior to the entry of an order approving this motion; provided that no compensation will be sought for served rendered prior to the filing of this motion.

5. At the present time, the trustee does not anticipate the hiring of additional and/or special counsel in this case. However, in the event the trustee must employ additional and/or special counsel in this bankruptcy proceeding, then the Law Office of Robert H. Waldschmidt, general counsel for the trustee, will not be asserting fees for any meetings or communications with said counsel, or for most work performed with regard to the matters relating to hiring of such counsel, to avoid duplication of effort/fees. (However, said general counsel will assert fees incurred in other matters, and reserves the right to assert a claim for attorney fees, if his time is legal related, and is not duplicated by Special Counsel.).

6. The trustee has selected the Law Office of Robert H. Waldschmidt as counsel because of his extensive experience and knowledge in the fields of bankruptcy, insolvency and debtor and creditor rights. Specifically, said attorney has over 40 years experience in representing trustees in bankruptcy cases and is well qualified to perform the necessary legal services.

7. The current hourly rates for the individuals who may perform services in this proceeding are as follows: Robert H. Waldschmidt (Attorney) - $400.00; Lori Grahl (Paralegal) - $160.00. No compensation will be paid to any attorneys without court approval.

8. The trustee is the principal of the law firm. The trustee will provide legal services as identified in paragraph 3.

9. The Law Office of Robert H. Waldschmidt does not represent any interest adverse to the trustee or the estate in the matters upon which he is to be engaged and his employment would be in the best interest of the estate. Further, Robert H. Waldschmidt is a disinterested person within the meaning of 11 U.S.C. § 101(14).

WHEREFORE, your applicant respectfully requests that he be authorized to employ the Law Office of Robert H. Waldschmidt, as attorney for the trustee, and for such other relief as is necessary and appropriate.

BY SIGNATURE BELOW, I Robert H. Waldschmidt, hereby verify under penalty of perjury, that the statements contained in the foregoing motion are true and correct to the best of my knowledge, information and belief, and that I have conducted a conflicts check within my firm, and have no connection with the debtor, the creditors, or any other party in interest (other than the trustee), their respective attorneys, accountants, the U.S. Trustee (other than being a member of the Chapter 7 panel appointed the U. S. Trustee for Region VIII and principal of the law firm for which employment is sought), or any employee of the U. S. Trustee's Office.

DATED: June 27, 2017

RESPECTFULLY SUBMITTED,

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 (fax)
rhw@rhwlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

RONNIE E. DOWLING, Jr.,            Case No. 17-00357-MH3-7

Debtor

## ORDER AUTHORIZING TRUSTEE TO EMPLOY LAW OFFICE OF ROBERT H. WALDSCHMIDT AS ATTORNEY FOR THE TRUSTEE

Upon the motion of Robert H. Waldschmidt, trustee, for approval to employ the Law Office of Robert H. Waldschmidt as attorney for the trustee, and it further appearing that said attorney represents no interest adverse to the debtor's estate, twenty-one (21) days notice having been given pursuant to LR 9013-1 of this court, and no adverse interest appeared or objections were filed;

IT IS HEREBY ORDERED that Robert H. Waldschmidt, trustee, is authorized to employ the Law Office of Robert H. Waldschmidt as attorney to represent the trustee as counsel in this matter; said employment shall be effective from the date of the filing of the motion to employ on 6/27/17 and said Law Office may seek compensation for services rendered on or after the date of the filing of said motion.

IT IS FURTHER ORDERED that counsel for the trustee shall make application to the court for approval of all compensation pursuant to 11 USC §§ 330, 331, the Federal Rules of Bankruptcy Procedure, the Local Rules of this court and the U.S. Trustee Fee Guidelines.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:
*/s/Robert H Waldschmidt*
ROBERT H. WALDSCHMIDT (#4657)
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 (fax)
rhw@rhwlawoffice.com