IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RONNIE E. DOWLING, Jr., | ) | CASE NO. 17-00357-MH3-7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| ROBERT H. WALDSCHMIDT, TRUSTEE | ) | |
| | ) | ADVERSARY PROCEEDING |
| Plaintiff | ) | NO. |
| | ) | |
| v. | ) | |
| | ) | |
| EXETER FINANCE CORP. | ) | |
| | ) | |
| Defendant(s) | ) | |

## COMPLAINT TO SELL PROPERTY FREE AND CLEAR OF LIENS

Comes now the trustee, Robert H. Waldschmidt, in the above-captioned cause, and files this action against the defendant to sell property free and clear of liens, and would further state:

1. The defendant was listed as a secured creditor on the debtor's schedules, with an interest in a 2011 Nissan Sentra.

2. If the defendant has a security interest in the Property, the defendant has failed to provide the Trustee with proof of perfection of that lien, as required under Local Rule 3001-1.

3. If the defendant does not have a perfected lien in the Property, the rights of the Trustee as a judicial lien creditor under 11 U.S.C. §544(a)] are superior to that of the defendant.

4. The Property has value that could be realized for the benefit of the bankruptcy estate,

if the trustee can sell the Property free and clear of liens, under 11 U.S.C. §363(f).

**WHEREFORE, THE TRUSTEE PRAYS** for the entry of an order setting aside the lien of the defendant, authorizing the sale of the property of the estate free and clear of liens, and for such other and further general relief as is just.

Dated: June 27, 2017

RESPECTFULLY SUBMITTED,

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT (**#4657)
Attorney for Trustee
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 (fax)
rhw@rhwlawoffice.com

cc:

EXETER FINANCE CORP.
PO BOX 166008
IRVING TX 75016

CORPORATION SVC COMPANY
2908 POSTON AVE
NASHVILLE TN 37203-1312